AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br><br>Sebastian Calel-Conoz<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No.   8:26MJ139 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 5, 2026 _____ in the county of _____ Douglas _____ in the _____ District of _____ Nebraska _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Anthony Gayden, ICE Deportation Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: __4/8/2026__

_____
*Judge's signature*

City and state:    Omaha, Nebraska

Ryan C. Carson, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE MATTER OF INVESTIGATION        )
OF SEBASTIAN CALEL-CONOZ              )      AFFIDAVIT OF Anthony P. Gayden
                                     )

Anthony P. Gayden, being first duly sworn, hereby states that:

1.     Your Affiant is a Deportation Officer for the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), with over sixteen (16) years of federal law enforcement experience, duly appointed according to law and at the time of the events herein was acting in his official capacity.

2.     Your Affiant was previously an Immigration Enforcement Agent within ICE that was promoted to a Deportation Officer in 2016.  In that capacity your Affiant has had occasion to conduct numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act (INA).

3.     Deportation Officers are empowered to interrogate and arrest with or without warrant, any person believed to be an alien in the United States in violation of law, pursuant to Section 287 of the Immigration and Nationality Act (INA) (8 U.S.C. § 1357). This Affidavit is based upon your Affiant's personal knowledge and information provided to him by other law enforcement officers involved in this investigation.

4.     This affidavit is being made in support of a criminal complaint and arrest warrant charging **Sebastian CALEL-Conoz**, (hereafter referred to as Defendant) with violations of 8 U.S.C. § 1326(a), reentry of removed aliens.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge or investigation into this matter.

5.     **Sebastian CALEL-Conoz**, (hereafter referred to as Defendant) came to the attention of the ICE ERO Omaha Fugitive Operations team on April 5, 2026. Deportation Officers Kenneth Madill, Kallen Nissen, Nolan Darnell, Keshaun Britt, and Andrew Gill had received a lead and were performing targeted enforcement at a residence at 4606 S 31st Street in Omaha, NE. At approximately 8:00 a.m., officers observed two subjects exit the residence. The Defendant, **CALEL-Conoz,** entered the passenger side, and the second subject entered the driver's side of a silver 2007 Toyota Avalon, with Nebraska license plate AEZ440.

6.     Officers followed the vehicle to the intersection of K Street and South 26th Street in Omaha, activated their emergency lights, and attempted to perform a vehicle stop. The driver of the vehicle failed to yield to ICE officers and attempted to evade the stop by backing up into an ICE vehicle striking the right-side bumper. The Defendant, **CALEL-**

**Conoz,** exited the vehicle and fled on foot. ICE officers pursued the Defendant, **CALEL-Conoz,** on foot, and took him into custody.

7   During the vehicle stop, all officers identified themselves and a full field interview was conducted with the defendant. The passenger was identified as the Defendant, **CALEL-Conoz**, who indicated that he is a citizen and native of Guatemala present in the United States without admission, inspection, or parole.

8.   Officers placed the Defendant, **CALEL-Conoz,** under arrest and transported him to the Omaha ICE ERO office for processing. At the office, biometric checks of Defendant's fingerprints confirmed his prior immigration history.

9.   Defendant's, **CALEL-Conoz's,** fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS).  The IAFIS system compared Defendant's current fingerprint impressions to fingerprint impressions maintained in the database relating to persons who previously had been arrested by DHS or other law enforcement agencies.  This comparison revealed that Defendant had been arrested by DHS previously.

10.   As a result of the positive match of fingerprints, your Affiant was able to locate a unique alien registration file (A 208 778 886) relating to this Defendant, **CALEL-Conoz.**

11.   The Defendant's, **CALEL-Conoz's**, alien registration file contains photographs, fingerprints and immigration documents identifying defendant as a citizen and national of Guatemala who was removed from the United States to Guatemala on June 9, 2016, pursuant to an expedited removal order on December 15, 2015, in Laredo, TX.

12.   A search of DHS indices failed to produce any current record of an application for lawful entry or lawful admission into the United States on behalf of the Defendant, **CALEL-Conoz.**

13.   Affiant believes there is probable cause that Defendant, **CALEL-Conoz**, is in violation of 8 United States Code, Section 1326(a), an alien who is found in the United States after having been removed and who had departed while an order of removal was outstanding and unlawfully re-entered without having obtained the consent of the Secretary of Homeland Security to reapply for admission to the United States.

2

Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

_____
Anthony P. Gayden, Deportation Officer
Immigration and Customs Enforcement
Affiant


Sworn to before me by telephone or other reliable electronic means:

Date:  April 8, 2026

City and State: Omaha, Nebraska

_____
Ryan C. Carson, U.S. Magistrate Judge